UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LEONARD N. BEAN and DAWN T. BEAN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>BANK OF NEW YORK MELLON FKA THE )<br>BANK OF NEW YORK AS TRUSTEE FOR THE )<br>CERTIFICATEHOLDERS OF CWALT, INC., )<br>ALTERNATIVE LOAN TRUST 2006-J5, )<br>MORTGAGE PASS THROUGH CERTIFICATES, )<br>SERIES 2006-J5 )<br>)<br>and )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>and )<br>)<br>RESIDENTIAL CREDIT SOLUTIONS, INC. )<br>)<br>Defendants | **NOTICE OF REMOVAL** |

    Please take notice that pursuant to 28 U.S.C. § 1441 Defendants Bank of New York Mellon fka The Bank Of New York As Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-J5, Mortgage Pass Through Certificates, Series 2006-J5 (hereinafter the "Bank of New York"), and Bank of America, N.A. (hereinafter "BANA") and Residential Credit Solutions, Inc. (hereinafter "RCS") hereby file this Notice of Removal from the State of Maine, Superior Court, Alfred, York County, Maine, to the United States District Court for the District of Maine, Portland, Maine. As grounds therefor Defendants state that Plaintiff's case has stated "violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq* and of "the Maine Fair Debt Collection Practices Act, 32 M.R.S.A. § 1101 *et seq*." In 15 U.S.C. § 1692(d) jurisdiction is stated as a cause of action that "may be brought in any appropriate United States district court without regard to the amount in controversy." Venue is therefore laid in this Court due to the question of Federal Law and the aforesaid provision. Further, Defendant Bank of New York has a principal place of business in a State other than Maine, Defendant BANA has a principal place of business in a State other than Maine, and Defendant RCS has a principal place of business in a State other than Maine.

    The case to be removed was filed in the Maine Superior Court, in and for the County of York, situated in Alfred, Maine, by Complaint dated April 3, 2015, filed April 8, 2015, Civil

Action Docket No. CV-15-63, service of process having been made on Bank of America, N.A., on April 14, 2015. Therefore, this removal is being made within thirty (30) days of service as aforesaid.

Copies of all materials known to Defendants, to wit the Summons, Complaint with its attached exhibits, Plaintiff's cover correspondence to the State Court are attached hereto. Copies hereof will be promptly service upon Counsel for Plaintiff and further a Notice of Removal has simultaneously been filed with the Superior Court, Alfred, Maine.

WHEREFORE, Defendants collectively hereby remove the above action from the Superior Court in and for the County of York, Maine, situated in Alfred, Maine.

Respectfully submitted, Defendants, by their attorneys Shechtman Halperin Savage, LLP

Date: May 13, 2015  
Shechtman Halperin Savage, LLP  
1080 Main Street  
Pawtucket, RI 02860  
(877) 575-1400

By:  \_/s/ Jennifer Maynard, Esq._____  
Carrie Folsom, Esq., #9510  
Jennifer L. Maynard, Esq., #5396

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LEONARD N. BEAN and DAWN T. BEAN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>BANK OF NEW YORK MELLON FKA THE )<br>BANK OF NEW YORK AS TRUSTEE FOR THE )<br>CERTIFICATEHOLDERS OF CWALT, INC., )<br>ALTERNATIVE LOAN TRUST 2006-J5, )<br>MORTGAGE PASS THROUGH CERTIFICATES, )<br>SERIES 2006-J5 )<br>)<br>and )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>and )<br>)<br>RESIDENTIAL CREDIT SOLUTIONS, INC. )<br>)<br>Defendants | **ENTRY OF APPEARANCE** |

   NOW COMES the undersigned on behalf of Shechtman Halperin Savage, LLP and files its appearance on behalf of Bank of New York Mellon fka The Bank Of New York As Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-J5, Mortgage Pass Through Certificates, Series 2006-J5, and Bank of America, N.A. and Residential Credit Solutions, Inc.

                              Respectfully submitted, Defendants, by their
                              attorneys Shechtman Halperin Savage, LLP

Date: May 13, 2015              By:    __/s/ Jennifer Maynard, Esq.____
Shechtman Halperin Savage, LLP         Carrie Folsom, Esq., #9510
1080 Main Street                       Jennifer L. Maynard, Esq., #5396
Pawtucket, RI  02860
(877) 575-1400

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the date hereinafter written, I mailed a true and accurate copy of the foregoing to the following, by United States mail, first class, postage prepaid, as follows:

    Andrea Bopp Stark, Esq.
    Molleur Law Offices
    419 Alfred St.
    Biddeford, ME  04005

Date: May 13, 2015                    By:    ____/s/ Jennifer Maynard, Esq.___
Shechtman Halperin Savage, LLP               Carrie Folsom, Esq., #9510
1080 Main Street                            Jennifer L. Maynard, Esq., #5396
Pawtucket, RI  02860
(877) 575-1400

Case 2:15-cv-00178-GZS   Document 1   Filed 05/13/15   Page 5 of 5    PageID #: 5