UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MAINE
DOCKET NO. 2: 2015-CV-00178

| | |
|---|---|
| LEONARD N. BEAN and DAWN T. BEAN )<br>)<br>Plaintiffs )<br>v. )<br>)<br>BANK OF NEW YORK MELLON FKA THE )<br>BANK OF NEW YORK AS TRUSTEE FOR THE )<br>CERTIFICATEHOLDERS OF CWALT, INC., )<br>ALTERNATIVE LOAN TRUST 2006-J5, )<br>MORTGAGE PASS THROUGH CERTIFICATES, )<br>SERIES 2006-J5 )<br>and )<br>BANK OF AMERICA, N.A. )<br>and )<br>RESIDENTIAL CREDIT SOLUTIONS, INC. )<br>)<br>Defendants ) | **STIPULATION OF DISMISSAL** |

NOW COMES the undersigned of Molleur Law Office, counsel for *both* Plaintiffs Leonard N. Bean and Dawn T. Bean, and the undersigned of Shechtman Halperin Savage, LLP, counsel for *all three* Defendants Bank of New York Mellon fka The Bank Of New York As Trustee For The Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-J5, Mortgage Pass Through Certificates, Series 2006-J5 ("BONY"), and Bank of America, N.A. and Residential Credit Solutions, Inc. ("RCS") and pursuant to Rules of Federal Procedure 41, the undersigned hereby **STIPULATE** to dismiss the above case, with prejudice.

Respectfully submitted, Defendants, by their attorneys, Shechtman Halperin Savage, LLP

Date: 7/24/15

By: _____
Jennifer Maynard, Esq., #5396
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(877) 575-1400

1

Respectfully submitted, Plaintiff, by their attorneys,
Molleur Law Office

Date: 7-9-15

By: *[signature]*
Andrea Bopp Stark, Esq., #8764
Molleur Law Office
419 Alfred St.
Biddeford, ME  04005
(207) 283-3777

2